O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN F. BROWN,<br><br>　　　　　　Petitioner,<br><br>　　vs.<br><br>WARDEN,<br><br>　　　　　　Respondent. | CASE NO. CV 12-00245 GAF (RZ)<br><br>JUDGMENT |

　　　　This matter came before the Court on the Petition of RYAN F. BROWN, for a writ of habeas corpus.  Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

　　　　IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

　　DATED: April 9, 2012

　　　　　　　　　　　　　　　　　　　　　　　　　　　*Gary Feess*
　　　　　　　　　　　　　　　　　　　　　　　　　―――――――――――――――
　　　　　　　　　　　　　　　　　　　　　　　　　　　GARY A. FEESS
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE